UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Christopher Brodeur

   v.                          Case No. 19-cv-187-JL

State of New Hampshire et al.

**REPORT AND RECOMMENDATION**

    Plaintiff, Christopher Brodeur, filed this action on February 20, 2019, pursuant to 42 U.S.C. § 1983. As Brodeur's complaint (Doc. No. 1) was not accompanied by a filing fee, the court directed Brodeur to either pay the filing fee in this matter or to complete an application to proceed in forma pauperis. See Feb. 21, 2019 Notice (Doc. No. 2). Since then, Brodeur has filed an addendum (Doc. No. 3) to his complaint and a "Motion for a Bit More Due Process" (Doc. No. 4). Brodeur did not, however, pay his filing fee or file an application to proceed in forma pauperis.

    On December 5, 2019, the court issued another Order directing Brodeur to pay the filing fee or file an application to proceed in forma pauperis in this matter, by January 6, 2020. Brodeur has done neither, and he has not otherwise responded to the December 5, 2019 Order.

    For the foregoing reasons, the district judge should dismiss this case, without prejudice. Any objections to this

Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen-day period may be extended upon motion.  Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

*Andrea K. Johnstone*
Andrea K. Johnstone
United States Magistrate Judge

January 22, 2020

cc: Christopher Brodeur, pro se